B1 (Official Form 1)(04/13)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>Randhurst Hotel Partners, LLC | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>26-3784730 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |

| Street Address of Debtor (No. and Street, City, and State):<br>37 W. Bridge Street, Suite 105<br>Dublin, OH<br><br>ZIP Code 43017 | Street Address of Joint Debtor (No. and Street, City, and State):<br><br>ZIP Code |
|---|---|
| County of Residence or of the Principal Place of Business:<br>Franklin | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br><br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br><br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above):<br>1 Randhurst Village Drive<br>Mount Prospect, IL 60056 | |

**Type of Debtor**
(Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Chapter 15 Debtors**
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Tax-Exempt Entity**
(Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Nature of Debts**
(Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(04/13)           Page 2

| **Voluntary Petition** <br> *(This page must be completed and filed in every case)* | Name of Debtor(s): <br>   Randhurst Hotel Partners, LLC |
|---|---|

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location <br> Where Filed:   - None - | Case Number: | Date Filed: |
|---|---|---|
| Location <br> Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: <br> - None - | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** <br><br> (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) <br><br> ☐ Exhibit A is attached and made a part of this petition. | **Exhibit B** <br> (To be completed if debtor is an individual whose debts are primarily consumer debts.) <br><br> I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). <br><br> X_____ <br>   Signature of Attorney for Debtor(s)         (Date) |
|---|---|

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

  ☐ Yes, and Exhibit C is attached and made a part of this petition.

  ☑ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

  ☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

  ☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

  ☑   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

  ☐   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

  ☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

  ☐   Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

        _____ <br>
        (Name of landlord that obtained judgment)

        _____ <br>
        (Address of landlord)

  ☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

  ☐   Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

  ☐   Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(04/13) **Page 3**

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | Randhurst Hotel Partners, LLC |

**Signatures**

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct.<br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.<br>[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).<br><br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition. | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br><br>(Check only one box.)<br><br>☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.<br><br>☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached. |

**X** _____
Signature of Debtor

**X** _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

---

**Signature of Attorney***

**X** /s/ Ira Bodenstein
_____
Signature of Attorney for Debtor(s)

Ira Bodenstein 3126857
_____
Printed Name of Attorney for Debtor(s)

Shaw Fishman Glantz & Towbin LLC
_____
Firm Name

321 N. Clark Street
Suite 800
Chicago, IL 60654
_____
Address

312-541-0151  Fax: 312-980-3888
_____
Telephone Number

August 27, 2014
_____
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

---

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** /s/ Matt Studer
_____
Signature of Authorized Individual

Matt Studer
_____
Printed Name of Authorized Individual

Authorized Manager
_____
Title of Authorized Individual

August 27, 2014
_____
Date

---

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re    Randhurst Hotel Partners, LLC           Case No. _____

                     Debtor(s)      Chapter    11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

      Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| RANDHURST SHOPPING CENTER LLC<br>c/o CASTCO<br>250 CIVIC CENTER DR #500<br>COLUMBUS, OH 43215 | DEBBIE ZINK<br>RANDHURST SHOPPING CENTER LLC<br>c/o CASTCO<br>250 CIVIC CENTER #500<br>COLUMBUS, OH 43215<br>614-228-5331 | Trade debt | | 966,699.63 |
| FORD CREDIT<br>BOX 220564<br>PITTSBURGH, PA<br>15257-2564 | FORD CREDIT<br>BOX 220564<br>PITTSBURGH, PA 15257-2564<br>800-727-7000 | Trade debt | | 13,885.40 |
| WILLIAM GALLAGHER ASSOCIATES<br>470 ATLANTIC AVE<br>13TH FLOOR<br>BOSTON, MA 02210 | WILLIAM GALLAGHER ASSOCIATES<br>470 ATLANTIC AVE 13TH FL<br>BOSTON, MA 02210<br>617-261-6700 | Trade debt | | 4,694.98 |
| PINNACLE WEST, LLC<br>109 NORTH ROBERTS STREET<br>FARGO, ND 58102 | PINNACLE WEST, LLC<br>109 NORTH ROBERTS STREET<br>FARGO, ND 58102<br>701-227-7098 | Trade debt | | 2,196.58 |
| CRESCENT HOTELS & RESORTS<br>10306 EATONPLACE<br>STE 430<br>FAIRFAX, VA 22030 | CRESCENT HOTELS & RESORTS<br>10306 EATONPLACE STE 430<br>FAIRFAX, VA 22030<br>614-210-0536 | Trade debt | | 1,779.46 |
| SHANER SOLUTIONS<br>1965 WADDLE RD<br>STATE COLEGE, PA 16803 | SHANER SOLUTIONS<br>1965 WADDLE RD<br>STATE COLEGE, PA 16803<br>814-278-7105 | Trade debt | | 1,641.16 |
| SYSCO FOOD SERVICES-CHICAGO<br>250 WIEBOLDT DR.<br>DES PLAINES, IL 60017-5037 | SYSCO FOOD SERVICES-CHICAGO<br>250 WIEBOLDT DR<br>DES PLAINES, IL 60017-5037<br>847-699-5400 | Trade debt | | 880.57 |
| ECOLAB INSTITUTIONAL<br>247 SOUTHWICK CT<br>VERNON HILLS, IL 60061 | ECOLAB INSTITUTIONAL<br>247 SOUTHWICK CT<br>VERNON HILLS, IL 60061<br>847-566-5401 | Trade debt | | 470.76 |

B4 (Official Form 4) (12/07) - Cont.

In re    Randhurst Hotel Partners, LLC                                Case No. _____

                        Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| VISTAR CORPORATION 12650 EAST ARAPAHOE RD BUILDING D CENTENNIAL, CO 80112 | VISTAR CORPORATION 12650 EAST ARAPAHOE RD BLDG D CENTENNIAL, CO 80112 308-662-7100 | Trade debt | | 368.40 |
| REPUBLIC SERVICES 1423 SOUTH JACKSON ST. LOUISVILLE, KY 40290 | REPUBLIC SERVICES 1423 SOUTH JACKSON ST LOUISVILLE, KY 40290 952-941-5174 | Trade debt | | 357.84 |
| HEARTLAND FOOD PRODUCTS INC 1900 WEST 47TH PLACE SUITE 302 WESTWOOD, KS 66205-1815 | HEARTLAND FOOD PRODUCTS INC 1900 WEST 47TH PLACE #302 WESTWOOD, KS 66205-1815 913-881-4446 | Trade debt | | 308.34 |
| LANDS' END 1 LANDS' END LANE DODGEVILLE, WI 53595 | LANDS' END 1 LANDS' END LANE DODGEVILLE, WI 53595 608-935-9341 | Trade debt | | 308.24 |
| COURTESY PRODUCTS, LLC. 120 SOUTH CENTRAL STE 400 ST. LOUIS, MO 63105 | COURTESY PRODUCTS, LLC. 120 SOUTH CENTRAL #400 ST. LOUIS, MO 63105 314-592-5100 | Trade debt | | 76.18 |
| GUEST SUPPLY 4301 US 1 #300 MONMOUTH JUNCTION, NJ 08852-0910 | GUEST SUPPLY 4301 US 1 STE 300 MONMOUTH JUNCTION, NJ 08852-0910 609-514-9096 | Trade debt | | 62.21 |
| CORPORATE GRAPHICS INT'L 4909 ALCOA AVE LOS ANGELES, CA 90058-3022 | CORPORATE GRAPHICS INT'L 4909 ALCOA AVE LOS ANGELES, CA 90058-3022 323-826-3440 | Trade debt | | 47.36 |
| AMERICAN HOTEL REGISTER COMPANY 100 SOUTH MILWAUKEE AVE VERNON HILLS, IL 60061-4305 | AMERICAN HOTEL REGISTER COMPANY 100 SOUTH MILWAUKEE AVE VERNON HILLS, IL 60061-4305 847-247-1097 | Trade debt | | 46.63 |
| HD SUPPLY FACILITIES MAINT. LTD 7411 GOEN PLACE SAN DIEGO, CA 92120 | HD SUPPLY FACILITIES MAINT. LTD 7411 GOEN PLACE SAN DIEGO, CA 92120 619-583-2480 | Trade debt | | 34.56 |
| FEDEX 40 EAST PALATINE ROAD PALATINE, IL 60067 | FEDEX 40 EAST PALATINE ROAD PALATINE, IL 60067 847-984-8766 | Trade debt | | 4.54 |
| | | | | |

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com

**B4 (Official Form 4) (12/07) - Cont.**

In re    Randhurst Hotel Partners, LLC                                    Case No. _____
                                 Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

| (1) | (2) | (3) | (4) | (5) |
|-----|-----|-----|-----|-----|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | *Amount of claim [if secured, also state value of security]* |
|  |  |  |  |  |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Authorized Manager of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date   August 27, 2014                              Signature   /s/ Matt Studer
                                                                          Matt Studer
                                                                          Authorized Manager

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

# United States Bankruptcy Court
## Northern District of Illinois

In re    Randhurst Hotel Partners, LLC              Case No. 
                                 Debtor(s)    Chapter    11

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors:                289

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:    August 27, 2014                 /s/ Matt Studer
                                            Matt Studer/Authorized Manager
                                            Signer/Title

A-1 ROOFING COMPANY
1425 CHASE AVENUE
ELK GROVE VILLAGE, IL 60007


ACE-ICS LOGISTICS INC
6001 ACE INDUSTRIAL DR
CUDAHY, WI 53110


ACTIVE TELEPHONE AND DATA INC
800 W CENTRAL RD
STE 135
MT PROSPECT, IL 60056


ADP, INC
P.O. BOX 0500
CAROL STREAM, IL 60132-0500


AIRPORT ACCOMMODATIONS, INC.
5440 N. RIVER ROAD
ROSEMONT, IL 60018


ALI RAZA BOLDA
25 E ALGONQUIN RD
DES PLAINES, IL 60017


ALLIED WASTE SERVICES
2305 RALPH AVE.
LOUISVILLE, KY 40290-1154


ALMA HOLGUIN
1110 N. WHEELING RD.
MOUNT PROSPECT, IL 60056


AMERICAN BUILDING SERVICES, LLC
953 SETON CT
WHEELING, IL 60090


AMERICAN CHARGE SERVICE
834 E.RAND ROAD
MT PROSPECT, IL 60056


AMERICAN DOOR AND LOCK, INC
2125 HAMMOND DRIVE
SCHAUMBURG, IL 60173

AMERICAN HOTEL REGISTER COMPANY
100 SOUTH MILWAUKEE AVE
VERNON HILLS, IL 60061-4305


AMERICAN TAXI DISPATCH, INC.
834 E. RAND ROAD
MT. PROSPECT, IL 60056


ANDREW PINDELSKI
2819 SCOTTLYNNE
PARK RIDGE, IL 60068


ANTONO NAVARRO
273 E PARALLEL ST
PALATINE, IL 60067


AQUAVERVE
299 US HIGHWAY 22
EAST GREEN BROOK, NJ 08812


ARAMARK UNIFORM SERVICES
25259 NETWORK PLACE
CHICAGO, IL 60673-1252


ARMANDO GAROFALO
6048 W. GUNNISON
CHICAGO, IL 60030


ARYZTA LLC
7090 COLLECTION CENTER DR
CHICAGO, IL 60693


AT&T
P O BOX 5019
CAROL STREAM, IL 60197-5019


AT&T
P O BOX 5080
CAROL STREAM, IL 60197-5080


AT&T WI-FI SERVICES
DEPT 0220
DALLAS, TX 75312-0220

AT&T WI-FI SERVICES
PO BOX 5005
CAROL STREAM, IL 60197-5005


AUDIO VISUAL SERVICES GROUP, INC
1700 E GOLF RD
SUITE 400
SCHAUMBERG, IL 60173


AURORA ZUNIGA
1342 SHADOW LAKE TERRACE
PALATINE, IL 60074


AUTOMATED LOGIC CORPORATION
AUTOMATED LOGIC - WI
7140 W. DONGES BAY RD
MEQUON, WI 53092


AUTOMATED LOGIC CORPORATION
1150 ROBERTS BLVD
KENNESAW, GE 30144


AZTECA RESTAURANT
636 N MILWAUKEE AVE
PROSPECT HEIGHTS, IL 60070


BARBARA NATALE
4892 NORTH RD.
CANANDAIGUA, NY 14424-8050


BBJ RENTALS, INC.
7855 GROSS POINT ROAD
SKOKIE, IL 60077


BED BATH AND BEYOND
999 S ELMHURST RD
MT PROSPECT, IL 60056


BEST BUY
1 RANDHURST VILLAGE DRIVE
MT. PROSPECT, IL 60056


BETH HIGHTOWER
4648 BEARD ROAD
SUNBURY, OH 43074

BILLY GOAT TAVERN & GRILL
164 RANDHURST VILLAGE DR
MT PROSPECT, IL 60056


BINNY'S LIQUOR
1 RANDHURST VILLAGE DRIVE
MT PROSPECT, IL 60056


BLACKFINN
157 RANDHURST VILLAGE DRIVE
MOUNT PROSPECT, IL 60056


BOOK MY GROUP, LLC
710 ROUTE 46 EAST
FAIRFIELD, NJ 07004


BRISTOL COURT BANQUETS
828 EAST RAND ROAD
MOUNT PROSPECT, IL 60056


BRITTANY RACKY
1434 QUAKER LANE
PROSPECT HTS, IL 60070


BURGER PLUMBING
408 BOB - O - LINK RD
MOUNT PROSPECT, IL 60056


CARLOS ALBAN
6048 W GUNNISON ST
CHICAGO, IL 60630


CAWLEY
1544 N. EIGHTH ST
MANITOWOC, WI 54221-2110


CENTRAL PLUMBING CO. INC.
29 N. HICKORY AVE
ARLINGTON, IL 60004


CHICAGO WOW TOUR INC.
921 SUMAC LANE
MT. PROSPECT, IL 60056

CHOOSE CHICAGO
72 EAST RANDOLPH STREET
CHICAGO, IL 60601


CINDY BROWN
541 CONSTITUTION DR
PALATINE, IL 60074


CINDY BROWN
541 E CONSTITUTION DR #5
PALATINE, IL 60074


CINTAS F75/F94
3292 MOMENTUM PLACE
CHICAGO, IL 60689-5332


CLIMATE CONTROL OF CHICAGO, INC.
1749 W. GOLF ROAD #387
MOUNT PROSPECT, IL 60056


COMCAST
P.O. BOX 3001
SOUTHEASTERN, PA 19398-3001


COMCAST
P.O. BOX 3002
SOUTHEASTERN, PA 19398-3002


COMCAST
P O BOX 37601
1500 MARKET ST
PHILADELPHIA, PA 19102


COMED
PO BOX 6111
CAROL STREAM, IL 60197


COMED
P O BOX 6112
CAROL STREAM, IL 60197-6112


COMFORT INN & SUITES
600 N. MILWAUKEE AVE.
PROSPECT HEIGHTS, IL 60070

COMMUNITY MARKETING INC
584 CASTRO ST #834
SAN FRANCISCO, CA 94114


CONTINENTAL MACHINES
ATTN: DEBI MCCORD
5505 W 123rd St.
SAVAGE, MN 55378


COOK COUNTY TREASURER
118 N CLARK ST
ROOM 112
CHICAGO, IL 60602


CORPORATE GRAPHICS INT'L
4909 ALCOA AVE
LOS ANGELES, CA 90058-3022


COSTCO WHOLESALE
MT PROSPECT
MT PROSPECT, IL 60056


COURTESY PRODUCTS, LLC.
120 SOUTH CENTRAL
STE 400
ST. LOUIS, MO 63105


COURTYARD MARRIOTT
1801 MILWAUKEE AVE
GLENVIEW, IL 60025


CRESCENT HOTELS & RESORTS
10306 EATONPLACE
STE 430
FAIRFAX, VA 22030


CROWN POINT CONSULTING, INC.
2041 RIVERSIDE DRIVE
SUITE 201
COLUMBUS, OH 43221


CULINARY FREEDOM LLC
828 E ROUND RD
MT. PROSPECT, IL 60056

```
D.A.M. PLUMBING INC
1315 N 25TH AVE
MELROSE PARK, IL 60160


DARCY SALLIS
375 SOUTH MOORLAND RD
BROOKFIELD, WI 53005


DAVE & BUSTERS
EASTERN HILLS MALL
WILLIAMSVILLE, NY 14221


DEPARTMENT OF PUBLIC HEALTH
STATE OF ILLINOIS
535 WEST JEFFERSON ST
SPRINGFIELD, IL 62761


DMX INC
1703 WEST FIFTH STREET
#600
AUSTIN, TX 78703


DO ALL
1 RANDHURST VILLAGE DRIVE
MT. PROSPECT, IL 60056


DOLLAR TREE
785 W GOLF RD
DES PLAINES, IL 60016-2414


DOUBLETREE BY HILTON
10100 INTERNATIONAL DRIVE
ORLANDO, FL 72821


DOWNES SWIMMING POOL CO, INC
725 W. UNIVERSITY DR.
ARLINGTON HEIGHTS, IL 60004


DOYLE SIGNS, INC
232 W. INTERSTATE ROAD
ADDISON, IL 60101


DWIGHT BROWN
541 E CONSTITUTION DR #5
PALATINE, IL 60074
```

E + O
125 RANDHURST DRIVE MT.
PROSPECT, IL 60056


ECOLAB FOOD SAFETY SPECIALTIES
24198 NETWORK PLACE
CHICAGO, IL 60673-1241


ECOLAB INSTITUTIONAL
247 SOUTHWICK CT
VERNON HILLS, IL 60061


ECOLAB PEST ELIMINATION DIVISION
PO BOX 6007
GRAND FORKS, ND 58206-6007


ECOLAB PEST ELIMINATION DIVISION
26252 NETWORK PLACE
CHICAGO, IL 60673-1262


EDWARD DON & COMPANY
2562 PAYSPHERE CIRCLE
CHICAGO, IL 60674


EDWARD J KURCZ
1303 E SUFFIELD DR
ARLINGTON HTS, IL 60004


ELECTRICAL CONTRACTORS INC
1252 ALLANSON RD
MUNDELEIN, IL 60060


ELECTRONIC FORMS PLUS, INC.
43180 BUSINESS PARK DR
#103
TEMECULA, CA 92590


EMPIRE COOLER SERVICE INC
940 W CHICAGO AVE
CHICAGO, IL 60622


ENERGY.ME
1130 W. MONROE ST
CHICAGO, IL 60607

ERWYN GROUP
200 CAMPUS DRIVE
MORGANVILLE, NJ 07751


ERWYN PRODUCTS COMPANY, INC.
200 CAMPUS DRIVE
MORGANVILLE, NJ 07751


ESPERANZA MIRANDA
2310 N ENLUND DR
PALATINE, IL 60074


EYKON DESIGN RESOURCES
5675 E. SHELBY DR
MEMPHIS, TN 38141


FARZA ALI
25 E ALGONQUIN RD
DES PLAINES, IL 60017


FEDEX
40 EAST PALATINE ROAD
PALATINE, IL 60067


FIRST UNITED METHODIST CHURCH
77 W WASHINGTON ST
CHICAGO, IL 60602


FOCUS SERVICE
1721 CORPORATE AVE
MEMPHIS, TN 38132


FORD CREDIT
BOX 220564
PITTSBURGH, PA 15257-2564


FRANCISCA ZUNIGA
6048 W. GUNISON
CHICAGO, IL 60630


FURNLITE
4203 FALLSTON RD
FALLSTON, NC 28042

GDK BUILDER SERVICES
DBA ALL MIRROR AND GLASS
1547 BOURBON PKWY
STREAMWOOD, IL 60107


GENESIS CONSULTING
1 RANDHURST VILLAGE DRIVE
MT. PROSPECT, IL 60056


GIACOMO'S
740 N WOLF RD
DES PALINES, IL 60016


GK USA
1 RANDHURST VILLAGE DRIVE
MT. PROSPECT, IL 60056


GORDON FOOD SERVICE, INC.
1300 GEZON PARKWAY
WYOMING, MI 49509


GRAINGER
475 E ALGONQUIN RD
ARLINGTON HEIGHTS, IL 60005


GREG KOWALSKY
168 NEWBERRY AVE
LIBERTYVILLE, IL 60048


GUEST ACCESS INTERNATIONAL
2080 COMMERCE DR
MIDLAND, TX 79703-7502


GUEST SUPPLY
4301 US 1
#300
MONMOUTH JUNCTION, NJ 08852-0910


H-O-H WATER TECHNOLOGY INC.
500 S VERMONT ST
PALATINE, IL 60067

HAHN LOESER & PARKS LLP
200 PUBLIC SQUARE S
SUITE 2800
CLEVELAND, OH 44114


HAIR FICTION
91 RANDHURST VILLAGE DRIVE
MOUNT PROSPECT, IL 60056


HALINA MICHALIK
5833 W BERNICE
CHICAGO, IL 60634


HALOGEN SUPPLY
4653 W LAWERENCE AVE
CHICAGO, IL 60630


HAMPTON INN MT PROSPECT
1 RANDHURST VILLAGE DRIVE
MT PROSPECT, IL 60056


HARLAN GRAPHIC ARTS SERVICES, INC
4752 RIVER RD
CINCINNATI, OH 45233


HD SUPPLY FACILITIES MAINT. LTD
7411 GOEN PLACE
SAN DIEGO, CA 92120


HEARTLAND FOOD PRODUCTS INC
1900 WEST 47TH PLACE
SUITE 302
WESTWOOD, KS 66205-1815


HEIL INSURANCE AGENCY INC.
1699 WALL STREET #506
MOUNT PROSPECT, IL 60056


HILTON HOTELS CORPORATION
4649 PAYSPHERE CIRCLE
CHICAGO, IL 60674-4649


HILTON SUPPLY MANAGEMENT
C/O NORTHERN TRUST CO
CHICAGO, IL 60675-5835

HILTON WORLDWIDE
4649 PAYSPHERE CIRCLE
CHICAGO, IL 60674


HOLIDAY INN
502 PRATT AVE
SCHAUMBURG, IL 60193


HOLIDAY INN MT PROSPECT
1 RANDHURST VILLAGE DRIVE
MT PROSPECT, IL 60056


HOTEL SIGNS.COM
2156 AMINICOLA HWY
CHATTANOOGA, TN 37406


HOTEL SYSTEMS PRO
280 INTERSTATE NORTH CIRCLE
ATLANTA, GA 30339


HYATT FAIRAX AT FAIRLAKES
12777 FAIR LAKES CIRCLE
FAIRFAX, VA 22033-4409


IBM CORPORATION
PO BOX 643600
PITTSBURGH, PA 15264-3600


ILLINIOS STATE FIRE MARSHALL
CASHIER, BOILERS
100W RANDOLPH, STE 4-600
CHICAGO, IL 60601


ILLINOIS DEPARTMENT OF EMP SECURITY
BENEFIT PAYMENT CONTROL DIV
PO BOX 4385
CHICAGO, IL 60680


Illinois Department of Revenue
Bankrupcty Section
PO Box 64338
Chicago, IL 60644-0338

Illinois Department of Revenue
PO Box 19006
Springfield, IL 62794


ILLINOIS DEPT OF EMP SECUTIRY
BENEFIT PAYMENT CONTROL DIV
406 ELM STREET
PEORIA, IL 61605


Illinois Dept of Revenue Retailers
Occupation Tax
Springfield, IL 62796


ILLINOIS SECRETARY OF STATE
342 PETERSON RD
LIBERTYVILLE, IL 60048


ILLINOIS SECRETARY OF STATE
LIMITED LIABILITY DIVISION
501 S SECOND ST #351
SPRINGFIELD, IL 62756


ILLNOIS DEPARTMENT OF PUBLIC HEALTH
Springfield, IL 62764


INDIANA INSURANCE COMPANY
175 BERKLEY ST
BOSTON, MA 02116


INDIANA INSURANCE COMPANY
PO BOX 2051
KEENE, NH 03431-7051


INDIANA INSURANCE COMPANY
PO BOX 145476
CINCINNATI, OH 45250-5476


INDIANA INSURANCE COMPANY
PO BOX 5001
HAMILTON, OH 45012-5001


INNOVATIVE HOSPITALITY LLC
8330 STRASBOURGH CT
DUBLIN, OH 43017

INNOVATIVE HOSPITALITY SYSTEMS
C/O PROPERTY
MOUNT PROSPECT, IL 60056


Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346


IRINA MITREVA
405 GREGO CT
PROSPECT HTS, IL 60070


JANICE L RUSSELL
11733 NORWICH PARKWAY
GLEN ALLEN, VA 23059


JAZMINE SANTIAGO
7425 W BELMONT AVE
CHICAGO, IL 60634


JEANINE MAXWELL
1 RANDHURST VILLAGE DR
MOUNT PROSPECT, IL 60056


JEANINE MOLINELLI
2317 BLUEBIRD LN
ROLLING MEADOWS, IL 60008


JENNIFER ZIELINSKI
375 SOUTH MOORLAND RD
BROOKFIELD, WI 53005


JENNIFER ZIELINSKI
232 OAKLAND AVE
WAUKESHA, WI 53186


JEWEL OSCO FOOD STORES #1390
333 E. EUCLID AVE
MOUNT PROSPECT, IL 60056


JIM SEGA
985 PONCE DE LEON AVE #302
ATLANTA, GA 30306

JJ COLLINS' SONS, INC
DEPT 20-8020
CAROL STREAM, IL 60197-5988

JOHN J EAU CLAIRE
94 N HIGH ST
DUBLIN, OH 43017

JOHNSTOWN MARBLE & GRANITE
145 E PRATT ST
UNIT D
JOHNSTOWN, OH 43031

JOSE GAROFALO
6048 GUNNISON
CHICAGO, IL 60030

JOSEFA DEJESUS
507 W. DEMPSTER ST
MOUNT PROSPECT, IL 60056

JP MORGAN CHASE
434 MAIN ST
ZANESVILLE, OH 43701

JULIETA GALLEGOS
14843 MAPLEWOOD AVE
HARVEY, IL 60426

K & R ENTERTAINMENT
1 RANDHURST VILLAGE DR
MOUNT PROSPECT, IL 60056

KARCHER NORTH AMERICA
DEPT CH 19244
PALATINE, IL 60055

KATHY STARR
237 KENOZA ST
HAVERHILL, MA 01830

KELLY CONLEY
6442 HABITAT CT
GURNEE, IL 60031

KOROSEAL INTERIOR PRODUCTS HOLDINGS
3875 EMBASSY PARKWAY
FAIRLAWN, OH 44333


L'ELEGANTE CUISINE INC
1161 PAGNI DR
ELK GROVE VILLAGE, IL 60007


LABOR READY MIDWEST, INC
1002 SOLUTIONS CENTER
CHICAGO, IL 60677-1000


LANDS' END
1 LANDS' END LANE
DODGEVILLE, WI 53595


LANDS' END
BUSINESS OUTFITTERS
DODGEVILLE, WI 53533-0217


LEXYL TRAVEL TECHNOLOGIES LLC
777 S FLAGER DR
WEST PALM BEACH, FL 33401


LIBERTY MUTUAL INSURANCE
16999 WALL ST
SUITE 506
MOUNT PROSPECT, IL 60056


LISA DUBINSKI
321 MAGNOLIA CT
SCHAUMBURG, IL 60193


LOCKSMSITH EXPRESS
318 W HALF DAY RD
#179
BUFFALO GROVE, IL 60089


MAGDELENA SALGADO
1154 BOXWOOD
MOUNT PROPSECT, IL 60056


MARIA MADRIGAL
2335 CEDAR ST
DES PLAINES, IL 60018

MARK HUBBARD
4505 MAGNOLIA DR
ROLLING MEADOWS, IL 60008


MARK HUBBARD
C/O MOUNT PROSPECT HAMPTION INN
MOUNT PROSPECT, IL 60056


MARK JUTKINS
367 OAK STREET
DES PLAINES, IL 60016


MARTIN SUPPLY COMPANY
1942 LEHIGH AVE #E
GLENVIEW, IL 60026


MCCAULEY MECHANICAL CONSTRUCTION
8787 SOUTH 78TH AVE
BRIDGEVIEW, IL 60455


MEADOWS DOOR SERVICE, INC
1328 E JOAN DR
PALATINE, IL 60074


MEDCO WHOLESALE DISTRIBUTOR
102-A SYLVANIA AVE
FOLSOM, PA 19033


MEDSERVE EQUIPMENT CORP
20066 N RAND RD
STE C
PALATINE, IL 60074


MELISSA SUE MEULENBERG
1748 W BELLE PLAINE
APT 3
CHICAGO, IL 60613


MENARDS
740 E RAND RD
MOUNT PROSPECT, IL 60056


MICHAELS STORE #9176
1420 E GOLF RD
SCHAUMBURG, IL 60173

MIDWEST FIRE SUPRESSION, INC.
721 STONEGATE RD
NEW LENOX, IL 60451


MIDWEST FIRE SUPRESSION, INC.
PO BOX 69
New Lenox, IL 60451


MIKKI O'BRIEN
C/O CROWN PLAZA ST LOUIS HOTEL
11228 LONE EAGLE DR
BRIDGETOWN, MO 63044


MILLENNIUM SECURITY SERVICES
5369 LOS PALMA VISTA DR
ORLANDO, FL 32837


MOFFAT
3765 CHAMPION BLVD
WINSTON SALEM, NC 27105


MOUNT PROSPECT CHAMBER OF COMMERCE
107 S MAIN ST
MOUNT PROSPECT, IL 60056


MT. PROSPECT POLICE UNION 84
STATE HQ: 215 REMINGTON BLVD
BOLINGBROOK, IL 60440


NICOR GAS
PO BOX 0632
AURORA, IL 60507


NICOR GAS
PO BOX 5407
CAROL STREAM, IL 60197-5407


NORB & SONS ELECTRIC, INC.
78 BROADWAY
DES PLAINES, IL 60016


NORTH AMERICAN
2101 CLAIRE COURT
GLENVIEW, IL 60025

NQ ADVERTISING SPECIALTIES INC
3905 SW 79TH CT
MIAMI, FL 33155


NQ ADVERTISING SPECIALTIES INC.
PO BOX 559027
MIAMI, FL 33255


NT CONNECTIONS
8245 BOONE BLVD
VIENNA, VA 22812


OFFICE DEPOT
6600 N MILITARY
BOCA RATON, FL 33496


OFFICE DEPOT
PO BOX 88040
CHICAGO, IL 60680-1040


OFFICE MAX
3366 JOHN KNOX DR
ABILENE, TX 79606


ONITY INC.
2232 NORTHMONT PARKWAY
PITTSBURGH, PA 15251-2067


ORION
270 JENCKES HILL RD
SMITHFIELD, RI 02917


OTIS ELEVATOR COMPANY
PO BOX 73579
CHICAGO, IL 60673-7579


PAETEC
PO BOX 1283
BUFFALO, NY 14240-1283


PAETEC
P O BOX 9001013
LOUISVILLE, KY 40290-1013

PARTY CITY
111 W RAND RD
ARLINGTON HEIGHTS, IL 60004


PARTY PLUS
2153 N. RAND ROAD
PALATINE, IL 60074


PHENIX SALON
2111 BIRCHWOOD AVE
WILMETTE, IL 60091


PHOTO WEB PURE DIGITAL PHOTOGRAPHY, INC
644 SEASIDE COURT
WESTERVILLE, OH 43082


PHOTO WEB PURE DIGITAL PHOTOGRAPHY, INC.
1920 VINDICATOR DR
SUITE 209
COLORADO, CO 80919


PINNACLE WEST, LLC
109 NORTH ROBERTS STREET
FARGO, ND 58102


PINNACLE WEST, LLC
313 NP AVENUE FARGO ND 58102
FARGO, ND 58102


PRECOR
20031 142ND AVE
WOODINVILLE, WA 98072


PSAV PRESENTATION SERVICES
23918 NETWORK PLACE
CHICAGO, IL 60673


QUALITY CLEANING INC
419 BARBERTON DR
VIRGINIA BEACH, VA 23451


QUALITY CLEANING INC
3915 SARATOGA AVE.
DOWNERS GROVE, IL 60515

```
R.R. DONNELLEY
111 SOUTH WACKER DR
CHICAGO, IL 60606-4301


R.R. DONNELLEY
P.O. BOX 905151
CHARLOTTE, NC 28290


RANDHURST HOTEL PARTNERS, LLC
1 RANDHURST VILLAGE DRIVE
MT. PROSPECT, IL 60056


RANDHURST HOTEL PARTNERS, LLC
1225 MARLYN DRIVE
COLUMBUS, OH 43220


RANDHURST SHOPPING CENTER LLC
P O BOX 1450
COLUMBUS, OH 43216


RANDHURST SHOPPING CENTER LLC
ATTN: SHEILA HUTCHINS
250 S CIVIC CENTER DR
CLEVELAND, OH 44193


RANDHURST SHOPPING CENTER LLC
ATTN: BRETT HUTCHENS
401 N CATTLEMEN RD #108
SARASOTA, FL 34232


RANDHURST SHOPPING CENTER LLC
c/o CASTCO - LEGAL/LEASING DEPT
191 W NATIONWIDE BLVD#200
COLUMBUS, OH 43215-2568


RANDHURST SHOPPING CENTER LLC
c/o CASTCO
250 CIVIC CENTER DR #500
COLUMBUS, OH 43215


RANDHURST SHOPPING CENTER LLC
c/o JP MORGAN MAIL CD NYI-K150
270 PARK AVE, 7TH FL
NEW YORK, NY 10017
```

RANDHURST SHOPPING CENTER LLC
c/o JP MORGAN ASSET MGMT
10 S DEARBORN 42ND FLOOR
CHICAGO, IL 60603


RANDHURST SHOPPING CENTER LLC
c/o STROOCK & STROOCK & LAVAN LLP
180 MAIDEN LANE
NEW YORK, NY 10038


RANDHURST VILLAGE
191 W NATIONWIDE BLVD
COLUMBUS, OH 43215-2568


RANDHURST VILLAGE
PO BOX 931799
CLEVELAND, OH 44193


RANDY FEHRING
24049 W CHAMPION DR
PLAINFIELD, IL 60585


REPUBLIC SERVICES
1423 SOUTH JACKSON ST.
LOUISVILLE, KY 40290


RICCARDO SELVA
13805 MAYWOOD
SOUTHGATE, MI 48195


RICHARD DANILOWSKI
6665 MAJESTIC WAY
CARPENTERSVILLE, IL 60110


RISING SIGNS
2756 APPLING CENTER COVE
MEMPHIS, TN 38133


ROYAL CUP COFFEE
160 CLEAGE DR
BIRMINGHAM, AL 35217


RV ENTERPRISES, LTD.
8926 N. GREENWOOD # 161
NILES, IL 60714

RYAN C MCKENZIE
273 PENNY LANE
GRAYSLAKE, IL 60030


RYAN MCKENZIE
1 RANDHURST DRIVE
MOUNT PROSPECT, IL 60056


RYAN RATLIFF
4511 KINGSWALK DR
UNIT 1D
ROLLING MEADOWS, IL 60008


SACRAMENTO RESIDENCE INN
1121 15TH STREET
SACRAMENTO, CA 95814


SEAN HOOVER
8517 TWIN LAKES DR
JENISON, MI 49428


SECRETARY OF STATE
LICENSE RENEWAL
SPRINGLFIELD, IL 62707-9700


SECRETARY OF STATE
DEPT OF BUSINESS SERVICES
SPRINGFIELD, IL 62756


SERVICE MECHANICAL INDUSTRIES
50 E COMMERCE DR.
SCHAUMBURG, IL 60173


SHANER SOLUTIONS
1965 WADDLE RD
STATE COLEGE, PA 16803


SHERATON PREMIERE HOTEL AT TYSONS CORNER
8661 LEESBURG PIKE
VIENNA, VA 22182


SILVIA CASTRO
4 B DUNDEE QUARTER
APT 204
PALATINE, IL 60074

SIMPLEX GRINNELL
DEPT. CH 10320
PALATINE, IL 60055-0320


SPRI
DEPARTMENT 1384
DENVER, CO 80291-1384


SPRINGHILL SUITES LINCOLNSHINE
300 MARRIOTT DRIVE
LINCOLNSHIRE, IL 60069


ST LOUIS CROWNE PLAZA
11228 LONE EAGLE DR
BRIDGETON, MO 63044


STANLEY SECURITY SOLUTIONS
DEPT CH 14210
PALATINE, IL 60055-4210


STANLEY SECURITY SOLUTIONS INC
DEPT CH 14202
PALATINE, IN 60055


STAPLES ADVANTAGE
DEPT SNA
BOSTON, MA 02241-5256


STAPLES ADVANTAGE
PO BOX 71217
CHICAGO, IL 60694-1217


STAR SYSTEMS SERVICES INC
780 WELCH ROAD
COMMERCE TOWNSHIP, MI 48390


SYSCO FOOD SERVICES-CHICAGO
250 WIEBOLDT DR.
DES PLAINES, IL 60017-5037


T & T REMODELING, INC.
791 GENEVA CIRCLE
ELK GROVE VILLAGE, IL 60007

```
TARGET
1720 EAST RAND RD
ARLINGTON HEIGHTS, IL 60004


TAYLOR RENTAL
2153 N RAND RD
PALATINE, IL 60074


TERI CORATOLA
C/O PROPERTY
MT PROSPECT, IL 60056


THE HOME DEPOT
350 E KENSINGTON
MT PROSPECT, IL 60056


THE ROBERT ALLEN GROUP
225 FOXBORO BLVD.
FOXBORO, MA 02035


TINA MEREDITH
172 MERION DR
LIMERICK, PA 19468


TOM CANARELLI
7 FARIWAY DRIVE # 23
DERRY, NH 03038


TRAVELCLICK INC
300 N MARTINGALE ROAD
SCHAUMBURG, IL 60173-2087


TRAVELCLICK INC
P.O. BOX 71199
CHICAGO, IL 60694-1199


UNITED DISPATCH
AGENT FOR 303 TAXI
CHICAGO, IL 60656


UNIVERSAL PUBLICATIONS
2175 NW 86TH ST
STE 1-D
DES MOINES, IA 50325
```

UNIVERSAL PUBLICATIONS
PO BOX 22208
DES MOINES, IA 50325


USA TODAY
305 SEABOARD LANE
FRANKLIN, TN 37067-8288


VALET EXPRESS OF ILLINOIS, INC.
98 DOWNING ROAD
BUFFALO GROVE, IL 60089


VANESSA CALDERON
1145 N. BOXWOOD
MOUNT PROSPECT, IL 60056


VIKING PLUMBING SERVICE
151 DRAKE LANE
DES PLAINES, IL 60016


VILLAGE OF MOUNT PROSPECT
50 SOUTH EMERSON STREET
MOUNT PROSPECT, IL 60056


VILLAGE OF MOUNT PROSPECT
50 S. EMERSON STREET
MOUNT PROSPECT, IL 60056


VILLAGE OF MT. PROSPECT FIRE
1 RANDHURST VILLAGE DRIVE
MT. PROSPECT, IL 60056


VISTAR CORPORATION
12650 EAST ARAPAHOE RD
BUILDING D
CENTENNIAL, CO 80112


WAL-MART
930 MOUNT PROSPECT
MOUNT PROSPECT, IL 60056


WASHBURN MACHINERY, INC
175 GAYLORD STREET
ELK GROVE VILLAGE, IL 60007

WBR ROOFING
25084 W OLD RAND RD
WAUCONDA, IL 60084


WET SOLUTIONS, INC.
5050 NEWPORT DRIVE
ROLLING MEADOWS, IL 60008


WILLIAM GALLAGHER ASSOCIATES
470 ATLANTIC AVE
13TH FLOOR
BOSTON, MA 02210


WILLIS OF PENNSYLVANIA, INC.
2 L IBERTY PLACE
60 S 16TH ST #2500
PHILADELPHIA, PA 19102


WILLIS OF PENNSYLVANIA, INC.
P.O. BOX 905432
CHARLOTTE, NC 28290


YESENIA ABARCA
820 MCINTOSH CT #207
PROSPECT HTS, IL 60070


YOUNG HEON KIM
1720 PONDSIDE DR
NORTHBROOK, IL 60062